**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 18, 2018.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:                                                            Chapter 13
Patricia Ann Lobo

Debtor(s)                                                 Case No. 18-51609 G

_____

### ORDER DENYING CONFIRMATION AND DISMISSAL OF CHAPTER 13 CASE

     **ON THIS DAY August 23, 2018, CAME ON TO BE CONSIDERED** confirmation of the proposed plan in the above captioned case. The case was filed on **July 02, 2018** and the proposed plan was filed on **July 16, 2018**. At the Confirmation Hearing, the Court denied confirmation of the debtor's proposed Chapter 13 Plan and granted dismissal of the case.

     **ORDERED**, that the confirmation of the debtor's proposed Chapter 13 Plan is **DENIED** and the case is **DISMISSED**; and

     **IT IS FURTHER ORDERED,** Debtor's Counsel shall have 7 days from the entry of this Order to file an Application for Attorney Fees (which shall include an itemized statement) pursuant to 11 U.S.C. §330(a)(4)(B). Upon the entry of the order allowing attorney fees such fees are an administrative claim pursuant to 11 U.S.C. §503(b) and may be paid by the Trustee, to the extent funds are available, pursuant to 11 U.S.C. §1326(a)(2). Further, the Court finds that the Trustee's services are not terminated upon dismissal and that the Court retains jurisdiction. Further, the Court finds that cause exists pursuant to 11 U.S.C. §349(b)(3) that the funds on hand shall vest with Debtor's Counsel not to exceed the amount of the attorney fees awarded.

     **IT IS FURTHER ORDERED** that the Trustee be discharged and relieved of her trust and of her sureties after payment of any attorney fees awarded as set forth in the paragraph above. The remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this Order.

###

Prepared by:
MARSHALL L. ARMSTRONG  (TSBN: 24027037)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
MARY K. VIEGELAHN
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216